UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Melissa Damian**

<u>Cole v. Carnival Corporation</u>, Case No. <u>0:23-cv-60532</u>

<u>Schneider v. McKenna, *et al.*</u>, Case No. <u>1:23-cv-24622</u>

<u>Khashouf v. United States.</u>, Case No. <u>0:22-cv-61950</u>

<u>Jackson v. Alto Experience, Inc., *et al.*</u>, Case No. <u>1:23-cv-22319</u>

<u>Wesco Insurance Company v. Ameriland Services, LLC, *et al.*</u>, Case No. <u>0:23-cv-62145</u>

<u>Boyce v. Harper *et al.*</u>, Case No. <u>0:22-cv-61845</u>

<u>Alfred Murciano, M.D.P.A. v. Cigna Health and Life Insurance Co.</u>, Case No. <u>1:23-cv-22885</u>

<u>Jordan Yatch Charters, LLC v. RMK Merrill Stevens, LLC</u>, Case No. <u>1:23-cv-24425</u>

<u>De Fernandez, *et al.* v. CMA CGM S.A., *et al.*</u>, Case No. <u>1:21-cv-22778</u>

<u>Dawn International LTD v. Jacob Fleishman Sales, Inc.</u>, Case No. <u>1:22-cv-24177</u>

<u>Gonen v. The Park National Bank</u>, Case No. <u>1:23-cv-24627</u>

<u>Wijtvliet v. S/Y Ravello</u>, Case No. <u>0:23-cv-61966</u>

<u>United States v. Jones</u>, Case No: 1:23-cr-20382-RAR

<u>United States v. Gadsen</u>, Case No. 0:23-cr-60213-RAR

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Melissa Damian**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida, *see* Internal Operating Procedures, Section 2.05.03–2.05.04.   It is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of

the **Honorable Melissa Damian** as of March 7, 2024 for all further proceedings.  It is further

 **ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Judge Melissa Damian**.  It is further

 **ORDERED** that all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Melissa Damian**.  It is further

 **ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **MD** in lieu of the present initials.

 **DONE AND ORDERED** in Miami, Florida, this 7th day of March, 2024.

               _____
               **RODOLFO A. RUIZ II**
               **UNITED STATES DISTRICT JUDGE**

CC:  All counsel of record/*pro se* parties